# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN P. LAWRENCE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DAVID SHINN,<br><br>　　　　　　Respondent. | Case No. CV 18-01863-JEM<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: June 14, 2018　　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE